### UNITED STATES *versus* ABRAHAM SALSBURY.

JOURNAL ENTRIES: (1) May 10, 1833: indictment presented, witnesses recognized; (2) Jan. 9, 1834: plea of not guilty, defendant and witnesses recognized, motion for continuance granted, attendance of witnesses proved; (3) June 2, 1834: defendant called on recognizance and did not appear; (4) June 3, 1834: motion for continuance granted, recognizance, attendance of witnesses proved; (5) Jan. 6, 1835: death suggested, abated.
PAPERS IN FILE (1833–34): (1) Record of preliminary hearing; (2–5) subpoenas; (6) indict-

ment; (7) precipe for capias and subpoenas; (8) capias and return; (9–10) subpoenas; (11–12) affidavits for continuance; (13–17) subpoenas. *File No. 89.*